JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACTORS COMPLIANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MAUCH ELECTRIC, INC., a California corporation,<br><br>Defendant. | Case No. CV 08-03590 GAF (RZx)<br><br>**JUDGMENT** |

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union, Administrative Maintenance Fund, and the Contractors Compliance Fund, shall recover from Defendant Mauch Electric, Inc., a California corporation, the total sum of $42,524.78, consisting of the principal amount of $35,056.16, attorney's fees of $6,305.00 and costs of $1,163,62, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

**IT IS SO ORDERED.**

DATED: August 24, 2009

_____
Judge Gary Allen Feess
United States District Court